## TROUP *v.* THE STATE.

1. An exception to the charge of the court, on the ground that the presiding judge "should have charged the jury the full law in reference to the different grades of manslaughter" (the defendant contending that the law of manslaughter was involved), is not a sufficient assignment of error, because of the failure to indicate whether it is contended that the charge should have been upon the subject of voluntary manslaughter or involuntary manslaughter; and if the latter, what branch of involuntary manslaughter. *Knight* v. *State,* 148 *Ga.* 41 (95 S. E. 679).

2. There was sufficient evidence to authorize the verdict.

No. 1910. OCTOBER 13, 1920.

Indictment for murder. Before Judge Kent. Laurens superior court. January 17, 1920.

*Fred Kea,* for plaintiff in error.

*Clifford Walker, attorney-general, E. L. Stephens, solicitor-general, and M. C. Bennet, contra.*

BECK, P. J. The defendant was tried for the offense of murder, and the jury returned a verdict of guilty. Besides the general grounds, the motion for a new trial contained the assignment of error that the court erred in failing to charge upon the subject of manslaughter. The questions presented are covered by the foregoing headnotes.

<em>Judgment affirmed. All the Justices concur.</em>